## 21590.   HICKS v. THE STATE.

LUKE, J.   The evidence authorized the verdict, and the motion for a new trial, based on the general grounds only, was properly overruled.

*Judgment affirmed.   Broyles, C. J., concurs.   Bloodworth, J., absent on account of illness.*

DECIDED SEPTEMBER 4, 1931.

*R. G. Hicks, W. W. Larsen Jr., C. C. Crockett,* for plaintiff in error.

*Fred Kea, solicitor-general,* contra.

## 21591.   WILSON v. THE STATE.

BROYLES, C. J.   1. Under repeated rulings of the Supreme Court and of this court a ground of a motion for a new trial can not be considered by the reviewing court when the ground is not unqualifiedly approved by the trial judge.   In the instant case special grounds 1 and 2 of the motion for a new trial are not so approved.

2. The remaining special ground of the motion for a new trial is expressly disapproved by the judge.

3. The verdict was amply authorized, if not demanded, by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed.   Luke, J., concurs.   Bloodworth, J., absent on account of illness.*

DECIDED SEPTEMBER 4, 1931.

*C. C. Crockett, W. W. Larsen Jr.,* for plaintiff in error.

*Fred Kea, solicitor-general,* contra.